JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIX TRATTORIA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  CV 23-225-GW-PVCx<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    January 12, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: July 21, 2023         By: _____
                                                    HON. GEORGE H. WU,
                                                    United States District Judge